

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00282-CV

**IN THE INTEREST OF A.P.**, D.P., J.P., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1796-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 21, 2018.

_____
Rebeca C. Martinez, Justice